UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL L. HEARN,

        Plaintiff,                Civil Case No. 17-13146
                                           Honorable Linda V. Parker

v.

FEDERATED COLLECTION BUREAU,
INC.,

        Defendant.
_____/

## **ORDER DISMISSING CASE**

Plaintiff initiated this lawsuit on September 25, 2017. (ECF No. 1.) It appears that as of this date, Plaintiff has failed to serve Defendant with the summons and a copy of the Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provide in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court– on motion or on its own after notice to the plaintiff– must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . .

Fed. R. Civ. P. 4(m). The rule further provides, however, that "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id*.

Plaintiff twice requested to serve Defendant Federated Collection Bureau, Inc. by alternate service, which this Court granted.  (*See* ECF Nos. 9 & 17.)  After failing to provide proof of service, this Court issued a Show Cause Order.  (ECF No. 20.)  On July 16, 2018, Plaintiff responded to the Court's Show Cause Order, indicating that Plaintiff has not been able to serve Defendant and requesting that the Court "entertain Plaintiff's Motion regarding Alternate Service by posting." (ECF No. 21 at Pg ID 81.)  However, to date, Plaintiff has not moved to serve Defendant by posting.  As such, the Court is dismissing Plaintiff's case pursuant to L.R. 41.2.

Therefore,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: September 10, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 10, 2018, by electronic and/or U.S. First Class mail.

                                              s/ R. Loury
                                              Case Manager